# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Rare Breed Triggers, Inc., and ABC IP, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Dairyland Defense Solutions, LLC and Gaven L. Poczekaj, SR. <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-00852 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dairyland Defense Solutions, LLC
307 East Jaeger Street
Oxford, Wisconsin 53952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Glenn D. Bellamy
Wood Herron & Evans LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*